**Joni L. Gray, Esq**
**Law Offices of Andrew B. Finberg, LLC**
**525 Route 73 South, Suite 200**
**Marlton, NJ 08053**
**(609) 988-9055**
**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: | Case No. 17-35061 |
| WENDELL BARRETT | Chapter 13 |
| Debtor | APPLICATION FOR ENTRY OF ORDER EXTENDING TIME FOR MISSING DOCUMENTS TO BE FILED |

The Movant, Wendell Barrett, by and through his attorneys, Law Offices of Andrew B. Finberg, LLC, submits this Application in support of the entry of an Order Extending Time for Debtor to file missing documents due to exigent circumstances.

1. Wendell Barrett is the debtor in the above referenced bankruptcy proceeding.

2. The Debtor filed the instant case on December 13, 2017.

3. A sheriff sale was scheduled on the debtor's residence for December 14, 2017, but due to ongoing medical issues, the debtor was having difficulties gathering all his financial information.

4. The same day as the sheriff sale, the debtor was admitted to the hospital.

4. The debtor is recovering from surgery, but is working to gather the remaining information necessary to complete his petition, schedules, and plan.

6. It is our expectation that all remaining papers will be complete and filed with the court within ten (10) days.

**WHEREFORE,** the applicant respectfully requests the entry of the accompanying Order Extending Time.

**Law Offices of Andrew B. Finberg, LLC**

*/s/ Joni L. Gray, Esquire*
JONI L. GRAY, ESQUIRE

Dated: December 27, 2017