UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wendell E. Barrett

Case Number: 17-35061

Hearing Date: _____

Judge: Kathryn C. Ferguson

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑  Granted.  The deadline to file schedules is extended to ____January 10, 2018____.

☐  Denied.

*rev.8/1/15*