Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  17−35061−KCF
                          Chapter:  13
                          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wendell E Barrett
   72 Executive Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−7708

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 20, 2018
JAN: slf

                                                                   Jeanne Naughton
                                                                   Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 17-35061-KCF
Wendell E Barrett                                              Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Feb 20, 2018
                               Form ID: 148             Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             +Wendell E Barrett,   72 Executive Lane,    Willingboro, NJ 08046-2451
517227007      +KML Law Group PC,   216 Haddon Ave, Suite 406,    Collingswood, NJ 08108-2812
517271599     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:25:18      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:25:16      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517227006       EDI: BANKAMER2.COM Feb 20 2018 23:08:00      Bank of America,   Attn: Bankruptcy Department,
                 475 Cross Point Parkway,   PO Box 9000,   Getzville, NY 14068-9000
517313653       EDI: BANKAMER.COM Feb 20 2018 23:08:00      Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
517271598       EDI: IRS.COM Feb 20 2018 23:08:00      IRS Department of Treasury,   PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew B. Finberg    on behalf of Debtor Wendell E Barrett andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Joni L. Gray    on behalf of Debtor Wendell E Barrett joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Bank of America, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```